UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAULA FRANCO, an individual

       Plaintiff,

v.                                            Case No: 2:20-cv-923-FtM-38MRM

BRINKER INTERNATIONAL, INC.,

       Defendant.
_____/

### **ORDER**[1]

Before the Court is Plaintiff Paula Franco and Defendant Brinker International, Inc.'s joint motion to stay the proceedings pending arbitration. (Doc. 14). The parties agree the case should be sent to arbitration pursuant to a valid arbitration agreement. After review of the record and applicable law, the Court grants the motion, compels arbitration, and stays the case.

Accordingly, it is now

**ORDERED:**

1. The parties' joint motion to stay the proceedings pending arbitration (Doc. 14) is **GRANTED.**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2. The case is **STAYED** until the parties advise the Court that (1) arbitration has been completed and (2) the stay is due to be lifted or the case is due to be dismissed.  The parties must notify the Court of such matters **within seven (7) days** of the arbitration proceedings concluding.

3. The parties are **DIRECTED** to file a joint report on the status of arbitration on or before **April 19, 2021**, and **every ninety (90) days** after that date until the arbitration proceedings conclude.

4. The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on January 19, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record